**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              CASE NO:  1:25-CR-10006-002

DANTE DOUGLAS MCKINNIE                                      DEFENDANT

## ORDER OF DETENTION

Before the Court is the Petition seeking revocation of pre-trial release.  ECF No. 362.  After conducting a hearing pursuant to 18 U.S.C. § 3148(b), the Court orders the previous conditions of pretrial release revoked and the Defendant detained based upon the following findings:

There is probable cause to believe the Defendant has committed a federal, state or local crime while on release, namely Texas state offenses of (1) Forgery/defraud/harm of another elderly, a 3rd degree felony; (2) fraudulent use/possession of identifying information of an elderly person, a 3rd degree felony, and (3) fraudulent use/possession of identifying information.

Based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that the Defendant will not flee or pose a danger to the safety of another person of the community, and the Court finds Defendant is unlikely to abide by any condition or combination of conditions of release.

**IT IS ORDERED** the Petition seeking revocation of pre-trial release (ECF No. 362) is **GRANTED**.   Further, pursuant to 18 U.S.C. § 3142(i)(2)-(4) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. Upon further order of a court of the United States or request of an attorney for the United States

the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

**SIGNED this** \_\_\_20th\_\_\_ **day of March 2026.**

_____
SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE

2